AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| MYUNG BUN CHUNG, and SUN OK KANG<br><br>*Plaintiff(s)*<br>v.<br>THE ROYAL CARE, INC.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 23-cv-07962 OEM-PK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE ROYAL CARE, INC.
C/O ROYAL CARE CERTIFIED HOME HEALTH CARE, LLC
6323 14th Avenue
Brooklyn, NY 11219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Artemio Guerra
HKM EMPOLYMENT ATTORNEYS, LLP
153 Main Street, Suite 201
New Paltz, NY 12561
Telephone: (212) 439-5127

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 10/26/2023

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*